**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emmanuel L Castillo, | No. CV-21-00527-PHX-JAT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Gerald Thompson, et al., | |
| Defendants. | |

The Court has considered Plaintiff's "Motion/Responce Time Extention" (Doc. 31). Plaintiff requests that the Court order the United States Marshals Service ("USMS") to serve all unserved defendants and extend the time to serve. The Court notes that on October 7, 2021 the Clerk of Court provided USMS with a service packet for Defendant Kaufman. Service is pending as to Defendant Kaufman. All other named Defendants have been served, and an Answer has been filed (Doc. 29).

**IT IS ORDERED** granting Plaintiff's Motion (Doc. 31) to the extent set forth herein.

**IT IS FURTHER ORDERED** extending the time for service of process as to Defendant Kaufman to **November 30, 2021**.

Dated this 18th day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge